Certificate Number: 05781-FLS-DE-026696170

Bankruptcy Case Number: 15-31225


05781-FLS-DE-026696170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2015, at 5:26 o'clock PM PST, Wille M. Wooden completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   December 19, 2015                By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President