**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X First_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Willie M. Wooden_____ JOINT DEBTOR:_____ CASE NO.:_____
Last Four Digits of SS#  5641         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
      A.    $ 721.63_____ for months _1__ to _59___ ;
      B.    $ 776.63_____ for months _____ to _60___ ;
      C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____0_____ TOTAL PAID $_____0_____
               Balance Due   $_____payable $_____/month  (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _Bank of New York Mellon_____       Arrearage on Petition Date   $ 35,189.13**_____

Address: c/o Robertson, Anschutz Schneid       Arrears Payment   $ 656.03___/month (Months _1__ to _60__)
        6409 Congress Avenue #100       Regular Payment   $ NA_____/month (Months _____ to _____)
        Boca Raton FL 33487
Account No: X2379_____

2. _____       Arrearage on Petition Date   $_____
Address:_____       Arrears Payment   $_____/month (Months _____ to _____)
_____       Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____       Total Due  $_____
               Payable    $_____/month  (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 50.00_____ /month (Months_____ to _60___).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

** The mortgage has matured. There are no regular mortgage payments. The Plan payment includes interest of 4.5% over the life of the Plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


 /s/ Willie M. Wooden
—————————————————       —————————————————
Debtor                                                    Joint Debtor
Date:  January 22, 2016_____       Date:_____