## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 15-31225 RAM
                                                Chapter 13
Willie M. Wooden


Debtor_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

  **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

  **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

  **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

  **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 5 | Ocwen Loan Servicing LLC | $39,952.40 | See Objections Below |

Bases for Objection

1. Ocwen's Proof of Claim was filed on May 22, 2016, which is outside the Proof of Claim deadline of April 14, 2016.

2. Debtor's Chapter 13 Plan was confirmed on March 17, 2016. Ocwen was listed as a creditor in the case. "When the bankruptcy court confirms a plan, its terms become binding on debtor and creditor alike." *In Re: Grey* 2015 WL 3535410 (Bankr. S.D. Fla. 2015) citing *Bullard v. Blue Hills Bank*, 135 S.Ct. 1686, 1692 (2015).

Dated August 12, 2016.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.

By _____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: 305-438-2427
Facsimile: 305-573-5800
Email:  CLombardi@legalservicesmiami.org
Alt.: PBerrios@legalservicesmiami.org

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).