**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 15-31225-RAM |
| | CHAPTER 13 |
| Wille M. Wooden | |
| aka Willie Marie Wooden, | |
| | |
| Debtor. | |

_____/

## MOTION TO ALLOW LATE FILED PROOF OF CLAIM

OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., N SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS, NATIONAL ASSOCIATION FOR SAXON ASSET SECURITIES TRUST 1999-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SE ("Secured Creditor"), by and through undersigned counsel, files this Motion to Allow Late Filed Proof of Claim, Number 5, requesting this Court enter an Order pursuant to 11 U.S.C. § 105, and in support thereof states as follows:

1. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. §§ 501 and 502, Fed. R. Bankr. P. 3001, 3002 and 3002.1, and all other applicable rules and statutes affecting the jurisdiction of the United States Bankruptcy Courts generally.

2. Secured Creditor holds a first mortgage on the property located at 251 NW 59TH TERRACE, MIAMI, FL 33127 via a note and mortgage in the amount of $37,050.00 executed on August 26, 1999 and recorded in OR Book 18776, Page 4028 in the Public Records of Miami-Dade County, Florida.

3. The note matured on September 1, 2014.

  

15-054364 - SeG

4. Secured Creditor filed its Proof of Claim, Number 5, reflecting a total payoff amount of $39,952.40. A true and accurate copy of the Total Debt Proof of Claim is attached hereto as Exhibit "A."

5. Due to mistake and inadvertence, this Proof of Claim was not filed prior to expiration of the Claims Bar Date, April 14, 2016,

6. Debtor will not be prejudiced by allowing the Proof of Claim to stand as of the original effective date.

**WHEREFORE**, Secured Creditor, OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., N SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS, NATIONAL ASSOCIATION FOR SAXON ASSET SECURITIES TRUST 1999-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SE, respectfully requests this Court enter an Order granting its Motion to Allow Late Filed Proof of Claim, pursuant to 11 U.S.C. § 105, and for such other and further relief as this court deems just and proper.

15-054364 - SeG

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this 19th day of August, 2016. I also certify that the foregoing was on this day by either United States Mail, Electronic Mail, or via the CM/ECF system to the parties on the service list stated below.

CAROLINA A LOMBARDI
3000 BISCAYNE BLVD
#500
MIAMI, FL  33137

WILLE M. WOODEN
AKA WILLIE MARIE WOODEN
251 NW 59TH TER
MIAMI , FL  33127

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909

        By: /s/ Seth J. Greenhill, Esq.
           Seth J. Greenhill, Esq.
           Email: sgreenhill@rasflaw.com
           FBN 97938

15-054364 - SeG

15-054364 - SeG