## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                   CASE NO.: 15-31225-RAM
                                                                                            CHAPTER 13

Wille M. Wooden
  aka Willie Marie Wooden,

        Debtor.

_____/

## RESPONSE TO OBJECTION TO CLAIM

**COMES NOW**, OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., N SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS, NATIONAL ASSOCIATION FOR SAXON ASSET SECURITIES TRUST 1999-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SE ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Objection to Claim 5-1 (DE #29) filed by Debtor WILLE M. WOODEN AKA WILLIE MARIE WOODEN ("Debtor") and, in support thereof, states as follows:

1.     Secured Creditor holds a first mortgage on the property located at 251 NW 59TH TERRACE, MIAMI, FL 33127 via a note and mortgage in the amount of $37,050.00 executed on August 26, 1999 and recorded in OR Book 18776, Page 4028 in the Public Records of Miami-Dade County, Florida. The note matured on September 1, 2014.

2.     On December 4, 2015, Debtor filed a petition for Chapter 13 bankruptcy and the Court set a claims bar date of April 14, 2016.

  

15-054364 - SeG

3. On January 25, 2016, Debtor filed a First Amended Chapter 13 Plan ("Plan") (DE #18) in which Debtor acknowledged that the note had matured and that the Debtor was seeking to pay a total amount of $35,189.13 at 4.5% throughout 60 month plan term.

4. Secured Creditor did not file an objection to the Plan due to the fact that the payoff amount proposed in the Plan was more than the amount reflected in Secured Creditor's preliminary proof of claim data and Secured Creditor was diligently working on preparing a proof of claim.

5. On March 17, 2016, almost one month before the claims bar date, this Court entered an Order Confirming Debtor's Plan (DE #23).

6. On April 22, 2016, seven days past the claims bar date, Ocwen filed its Proof of Claim 5-1 evidencing a total debt claim in the amount of $39,952.40.

7. Ocwen will be filing a Motion to Allow Late Filed Proof of Claim contemporaneously with the filing of this response.

8. Debtor has filed this bankruptcy for the purpose of saving his home. Therefore, Debtor should be required to modify the plan to conform to the POC in order for the Debtor to ensure that all amounts owed are properly paid.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

9. By the same token, the Debtor is not challenging the substantive basis for the claim. Rather, the Debtor is arguing that the confirmed plan should be controlling. However, as mentioned above, this Plan was confirmed almost one month prior to the claims bar date. Had Secured Creditor filed its claim on the bar date—the Debtor would still be in the exact same position and thus, would be required to modify the Plan to conform to the POC.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order overruling Debtor's Objection to Claim and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 19th day of August, 2016.

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909

        By: /s/ Seth J. Greenhill, Esq.
            Seth J. Greenhill, Esq.
            Email: sgreenhill@rasflaw.com
            FBN 97938

15-054364 - SeG

Mailing List

CAROLINA A LOMBARDI
3000 BISCAYNE BLVD
#500
MIAMI, FL  33137

WILLE M. WOODEN
AKA WILLIE MARIE WOODEN
251 NW 59TH TER
MIAMI , FL  33127

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Seth J. Greenhill, Esq.
    Seth J. Greenhill, Esq.
    Email: sgreenhill@rasflaw.com
    FBN 97938

15-054364 - SeG