UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          CASE NO.: 15-31225-RAM
                                                                          CHAPTER 13
Wille M. Wooden
aka Willie Marie Wooden,

    Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., N SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS, NATIONAL ASSOCIATION FOR SAXON ASSET SECURITIES TRUST 1999-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SE ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion to Allow Late Filed Claim (DE #31)**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 18, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CAROLINA A LOMBARDI
3000 BISCAYNE BLVD
#500
MIAMI, FL  33137


WILLE M. WOODEN
AKA WILLIE MARIE WOODEN

251 NW 59TH TER
MIAMI , FL  33127

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                Attorney for Secured Creditor
                6409 Congress Ave., Suite 100
                Boca Raton, FL 33487
                Telephone: 561-241-6901
                Facsimile: 561-241-1969


                By: /s/ Seth Greenhill
                    Seth Greenhill, Esquire
                    Email: sgreenhill@rasflaw.com