

**ORDERED in the Southern District of Florida on October 18, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Willie Wooden                              Case No. 15-31225-RAM
                                                     Chapter 13

_____Debtor_____/

### AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

This matter having been considered without hearing upon the Debtor's Objection to Claim [DE #29], and the objector by submitting this form order having represented that the objection was served on the parties listed below, and the Court having been advised that the parties have reached an agreement,  it is

ORDERED that Debtor's objection to the following claim is sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| Ocwen Loan Servicing LLC | 5-1 | The Objection is sustained and Claim 5-1 is stricken as a late filed claim. However, the parties agree that Creditor Ocwen has a secured claim for $35,189.13 which will be paid at 4.5% over the life of the Plan, with a total payout of $39,361.80 There is no unsecured portion of the claim. |

# # #

Submitted by:

Carolina A. Lombardi, Attorney for Debtor
The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).