UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CASE NO.: 15-31225-RAM
                                                          CHAPTER 13
Wille M. Wooden
aka Willie Marie Wooden,

  Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., N SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS, NATIONAL ASSOCIATION FOR SAXON ASSET SECURITIES TRUST 1999-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SE ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

Diangelo Frazer, ESQ.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

15-054364 - ChH

15-31225-RAM
ROBINSON, ESTATE OF ELIZABETH
Notice of Appearance
Page 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

CAROLINA A LOMBARDI
3000 BISCAYNE BLVD
#500
MIAMI, FL 33137

WILLE M. WOODEN
AKA WILLIE MARIE WOODEN
251 NW 59TH TER
MIAMI , FL 33127

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/ Diangelo Frazer
    Diangelo Frazer, Esquire
    Florida Bar Number 122021
    Email: dfrazer@rasmonitor.com