Certificate Number: 03621-FLS-DE-032853434

Bankruptcy Case Number: 15-31225



03621-FLS-DE-032853434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 21, 2019</u>, at <u>4:18</u> o'clock <u>PM EDT</u>, <u>Willie Marie Wooden</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date: May 21, 2019

By: /s/Kenslande Jeanbart

Name: Kenslande Jeanbart

Title: Credit Counselor